# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ASIYA JAWAD, | ) | Case No. 2:22-cv-03904 |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH D. MORRISON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CHELSEY M. |
| | ) | VASCURA |
| THE OHIO STATE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 3rd day of August, 2023.

*/s/Trisha M. Breedlove* 
Trisha M. Breedlove (0095852) 
**SPITZ, THE EMPLOYEE'S LAW FIRM** 
1103 Schrock Road, Suite 307 
Columbus, Ohio 43229 
Telephone: (216) 291-4744 
Facsimile: (216) 291-5744 
trisha.breedlove@spitzlawfirm.com 
*Counsel for Plaintiff*

*/s/Christopher R. Green* (email approval 8/2/23) 
Larry H. James (0021773) 
Christopher R. Green (0096845) 
Crabbe, Brown & James, LLP 
500 South Front Street, Suite 1200 
Columbus, OH 43215 
Telephone: (614) 229-4567 
Facsimile:  (614) 229-4559 
ljames@cbjlawyers.com 
cgreen@cbjlawyers.com 
*Counsel for Defendants The Ohio State University and The Ohio State University Wexner Medical Center*